**No. 50960.**—Protest 117895–K of Stoffel & Co., Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise consists of lithographically printed calendars similar in all material respects to those the subject of *United States* v. *Thorens, Inc.* (32 C. C. P. A. 137, C. A. D. 298), the claim of the plaintiff was sustained.

**No. 50961.**—Protests 121548–K, etc., of A. N. Deringer, Inc. (Ogdensburg).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of a paper-covered periodical entitled "Franciscan Studies" which is published jointly by members of the Order of St. Francis of the Roman Catholic Church in the United States and other countries, including Canada; that it is printed in Canada and issued to its subscribers in Canada and the United States at regular quarterly periods; and that the said periodical is devoted to current literature in the fields of religion, philosophy, theology, etc., and carries book reviews of current publications in these fields. As the stipulated facts seemed to meet all the requirements for classification of the merchandise under said paragraph 1726, as periodicals, the protests were sustained.

BEFORE THE THIRD DIVISION, MARCH 27, 1946

**No. 50962.**—Protests 111612–K, etc., of L. E. Kriener-Hopkins (Cleveland).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.